UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA A. FRANTOM,<br><br>    Plaintiff,<br><br>    v.<br><br>MIKE DEVILLA,<br><br>    Defendant. | Case No. 14-cv-05259-SI<br><br>**ORDER DISMISSING CASE** |

In an order filed January 14, 2015, the Court granted plaintiff an extension of time until January 26, 2015 to file an amended complaint. Plaintiff has not filed an amended complaint, nor has plaintiff taken any action in this case since her December 30, 2014 filing.

Accordingly, the Court DISMISSES this case without prejudice.

**IT IS SO ORDERED**.

Dated: February 3, 2015

_____
SUSAN ILLSTON
United States District Judge