UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA A. FRANTOM,<br>　　　　Plaintiff,<br>　　v.<br>MIKE DEVILLA,<br>　　　　Defendant. | Case No.  14-cv-05259-SI<br><br>**JUDGMENT** |

The Court has dismissed this case without prejudice.  Judgment is entered accordingly.

**IT IS SO ORDERED**.

Dated: February 3, 2015

_____
SUSAN ILLSTON
United States District Judge